AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

CENTRAL DISTRICT OF CALIFORNIA

WILLIAM J. HOFFMAN, Court-appointed permanent receiver for Nationwide Automated Systems, Inc., Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates

*Plaintiff(s)*

v.

WILLIAM FIRESTONE, individually, as Trustee of the Firestone Family Trust, and as shareholder of the dissolved corporation, Firestone Holdings, Inc.; and FIRESTONE HOLDINGS, INC. a California corporation

*Defendant(s)*

Civil Action No. 2:15-cv-8498 FMO(AGRx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

William Firestone - c/o Corey R. Weber, Esq., Ezra Brutzkus Gubner LLP, 21650 Oxnard Street, Suite 500, Woodland Hills, California 91367-4911

Firestone Holdings, Inc. - c/o Corey R. Weber, Esq., Ezra Brutzkus Gubner LLP, 21650 Oxnard Street, Suite 500, Woodland Hills, California 91367-4911

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David R. Zaro, Esq.
Ted Fates, Esq.
Tim C. Hsu, Esq.
Allen Matkins Leck Gamble Mallory & Natsis LLP
515 South Figueroa Street, Ninth Floor, Los Angeles, California 90071
Phone: (213) 622-5555; Facsimile: (213) 620-8816

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/30/2015

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

American LegalNet, Inc.
www.FormsWorkFlow.com

Civil Action No. 2:16-cv-08498 FMO(AGRx)

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ________________________________________
was received by me on *(date)* ________________________.

☐ I personally served the summons on the individual at *(place)* ____________________________________
______________________________________________ on *(date)* ____________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________
_____________________________________, a person of suitable age and discretion who resides there,
on *(date)* __________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ___________________________________________, who is designated by law to accept service of process on behalf of *(name of organization)* __________________________
______________________________________________ on *(date)* ____________________; or

☐ I returned the summons unexecuted because ____________________________________________; or

☐ Other *(specify)*:

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: ____________________

________________________________________________
*Server's signature*

________________________________________________
*Printed name and title*

________________________________________________
*Server's address*

Additional information regarding attempted service, etc:

American LegalNet, Inc.
www.FormsWorkFlow.com